# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA TISHKO, | : | NO. 1:25-CV-00326 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security*, | : | |
| Defendant. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)     The decision of the Commissioner of Social Security denying the Plaintiff benefits under the Social Security Act is **VACATED**, and the case is **REMANDED** to the Commissioner;

(2)     Final judgment will be entered in the Plaintiff's favor; and

(3)     The Clerk of Court is directed to **CLOSE** this case.

Date: April 13, 2026                    s/*Sean A. Camoni*
                                        Sean A. Camoni
                                        United States Magistrate Judge